CSD1880
Rev. 04/04

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

| | |
|---|---|
| Randall Mark Hickman and Virginia E Hickman<br><br>Debtor(s) | BANKRUPTCY NO.   18–07207–MM7 |
| Gregory Kelly<br><br>Plaintiff(s) | ADVERSARY NO.   19–90028–MM |
| v.<br><br>Randall Mark Hickman<br><br>Defendant(s) | |

## NOTICE OF ENTRY OF DEFAULT

TO COUNSEL FOR PLAINTIFF:

Default entered as requested on 4/10/19 as to the specific defendants listed below.

\>
Virginia Hickman 1322 Kelglen Ln Vista CA 92084

☐   If checked, a separate judgment by default has been submitted to judge for approval.

Dated: 4/10/19

Barry K. Lander
Clerk of the Bankruptcy Court