# Notice Recipients

District/Off: 0974–3 | User: Admin. | Date Created: 4/10/2019
Case: 19–90028–MM | Form ID: 1880 | Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Gregory Kelly     PO Box 7132     Tempe, AZ 85281
dft     Virginia E Hickman     1322 Kelglen Ln     Vista, CA 92084

TOTAL: 2